1044

[No. 74318-0-I.   Division One.   October 31, 2016.]

*In the Matter of the Marriage of* KATHRYN SUZANNE WARD, *Appellant*, and KENNETH EUGENE WARD, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 12-3-05959-8, Julia L. Garratt, J., entered October 27, 2015. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Verellen, C.J., concurred in by Becker and Spearman, JJ.

[No. 74326-1-I.   Division One.   October 31, 2016.]

LARRY SPOKOINY, *Appellant*, v. THE WASHINGTON STATE YOUTH SOCCER ASSOCIATION, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-01973-7, Samuel Chung, J., entered September 24, 2015. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Becker and Appelwick, JJ.

[No. 74336-8-I.   Division One.   October 31, 2016.]

ANNA PASCUA, *Respondent*, v. SCOTT COLLINS ET AL., *as Personal Representatives, Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 15-2-12665-2, Samuel Chung, J., entered October 23, 2015. *Affirmed* by unpublished opinion per Verellen, C.J., concurred in by Becker and Spearman, JJ.

[No. 47235-0-II.   Division Two.   November 1, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY LEE EDWARDS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-1-03898-6, Philip K. Sorensen, J., entered February 11, 2015. *Reversed* and *remanded with instructions* by unpublished opinion per Lee, J., concurred in by Worswick and Sutton, JJ.